IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DONALD RAY BELUE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:14-cv-00688-WMA-JEO |
| ) | |
| JOHN R. BENN, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report on August 4, 2014, recommending that this action be dismissed as frivolous and for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1).  The plaintiff filed objections to the report and recommendation on August 18, 2014.  After a review of the objections, the court finds them to be without merit.

Accordingly, having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and the recommendation is ACCEPTED.  Therefore, in accordance with 28 U.S.C. § 1915A(b)(1), this action is due to be dismissed as frivolous and for failing to state a claim upon which relief can be granted.  A Final Judgment will be entered contemporaneously herewith.

**DATED**, this 2nd day of September, 2014.

                                                                                         _____
                                                                                         WILLIAM M. ACKER, JR.
                                                                                         UNITED STATES DISTRICT JUDGE